AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA ▼

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> STEVEN DANIEL THURLOW ) <br> *Defendant* ) | Case No.  21-cr-00615-PLE |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEVEN DANIEL THURLOW

Date:    10/08/2021

/S/Jonathan Epstein
*Attorney's signature*

JONATHAN EPSTEIN
*Printed name and bar number*
Assitant Federal Defnder
613 Abbott St., 5th Floor Detroit, MI 48226

*Address*

jonathan_epstein@fd.org
*E-mail address*

(313) 967-5542
*Telephone number*

(313) 962-0685
*FAX number*