# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-00494 |
| ) | Hon. Bernard A. Friedman |
| v. ) | |
| ) | |
| STEVEN THURLOW, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTUION OF COUNSEL FOR DEFENDANT

Please notice the appearance in this action of James Gerometta, Assistant Federal Defender, as counsel for the defendant, in place of Jonathan Epstein. United States mail should be directed James Gerometta at the following address:

**Federal Community Defender Office**
**Eastern District of Michigan**
**613 Abbott Street, Suite 500**
**Detroit, MI 48226**

Dated: April 12, 2022