# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-615 (PLF) |
| | : | |
| **STEVEN DANIEL THURLOW,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Trial Attorney Sarah W. Rocha, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Mitra Jafary-Hariri no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:     */s/ Sarah W. Rocha*
Sarah W. Rocha
Trial Attorney
Texas Bar No. 24060845
555 Fourth Street, N.W.
Washington, D.C. 20530
202-330-1735
*sarah.wilsonrocha@usdoj.gov*