UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CASE NO.: 21-cr-615 PLF

STEVEN D. THURLOW,

        Defendant.
_____/

## MEMORANDUM REGARDING DEFENDANT'S VIOLATION REPORT

On July 19, 2022, Defendant Steven Thurlow agreed to voluntarily remove a number of firearm related items from his home (empty magazines and a pistol brace). The Court requested an update on the status these items. Mr. Thurlow has sold the majority of the items at issue (all the AR 15 magazines and the pistol brace) to a friend. That person will pick up the items the evening of July 21, 2022. Mr. Thurlow's brother has agreed to take the few remaining items (pistol magazines). Those items will be delivered to Mr. Thurlow's brother the evening of July 22, 2022.

        Submitted,

        s/James R. Gerometta
        Counsel for Jeramiah Caplinger
        Federal Community Defender
        613 Abbott Street, Suite 500
        Detroit, Michigan 48226

1

                                                                                                  Email: james_gerometta@fd.org
                                                                                                  Phone: 313.967.5542

Dated:  July 14, 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   CASE NO.: 21-cr-615 PLF

STEVEN D. THURLOW,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I, hereby certify that on July 21, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                                **FEDERAL COMMUNITY DEFENDER**

                                                s/James R. Gerometta
                                                Assistant Federal Defender
                                                613 Abbott Street, Suite 500
                                                Detroit, MI 48226
                                                Phone: 313-967-5839
                                                E-mail: james_gerometta@fd.org
                                                P60260

Dated: July 14, 2022