UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:  1:21-CR-615 (PLF) |
| | : | |
| STEVEN DANIEL THURLOW, | : | |
| Defendant. | : | |

### UNITED STATES' NOTICE AND REPORT REGARDING VIDEO EXHIBITS TO GOVERNMENT SENTENCING MEMORANDUM

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel and used by the government in the sentencing in this matter. The exhibits were obtained from the defendant's phone. The exhibits are:

1. Government Exhibit 1 (File Name 20210106_143329.mp4) is a video approximately 23 seconds in length taken from the Capitol Terrace.

2. Government Exhibit 2 (File Name 20210106_144359.mp4) is a video approximately 29 seconds in length taken from the Capitol Terrace.

3. Government Exhibit 3 (20210106_145238.mp4) is a video approximately 19 seconds in length taken from a hallway outside the Senate Parliamentarian's office.

4. Government Exhibit 4 (20210106_150143.mp4) is video approximately one minute and 51 seconds in length taken as the defendant traveled through the halls of the Senate side of the Capitol building.

5. Government Exhibit 5 (20210106_150529(1).mp4) is a video approximately 20 seconds in length taken from a conference table in the lobby of the Senate Chamber.

The United States does not object to releasing these exhibits to the public.

            Respectfully submitted,

            MATTHEW M. GRAVES
            United States Attorney
            DC Bar No. 481052

By:  /s/ *Sarah W. Rocha*
    SARAH W. ROCHA
    Trial Attorney
    D.C. Bar No. 977497
    219 S. Dearborn Street, Fifth Floor
    Chicago, Illinois 60604
    Telephone:  202-330-1735
    sarah.wilsonrocha@usdoj.gov

**CERTIFICATE OF SERVICE**

On September 15, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Sarah W. Rocha*
SARAH W. ROCHA
Trial Attorney
Capitol Riot Detailee