UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEVEN THURLOW, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0615 (PLF) |

## ORDER

On September 12, 2022, a coalition of press outlets (the "Press Coalition") filed an application for access to the video exhibits submitted to the Court in this matter. See Application for Access to Video Exhibits [Dkt. No. 46].[1] On September 15, 2022, the government filed a notice stating that it "does not object to releasing these exhibits to the public." United States' Notice and Report Regarding Video Exhibits to Government Sentencing Memorandum [Dkt. No. 45]. Defendant Steven Thurlow similarly does not object to the Press Coalition's application. See Minute Order (Sept. 25, 2022) (ordering Mr. Thurlow to file any objection on or before September 27, 2022). Accordingly, it is hereby

ORDERED that the Press Coalition's Application for Access to Video Exhibits [Dkt. No. 46] is GRANTED; it is

---

[1] The Press Coalition includes applicants Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Co., Inc., Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a The Washington Post.

FURTHER ORDERED that the government shall make the videos referenced in the application available to the Press Coalition within 72 hours in accordance with the procedure set forth in Standing Order No. 21-28 (May 14, 2021); and it is

FURTHER ORDERED that the Press Coalition shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/14/22